UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wei Chuan Wang,<br><br>     Plaintiff,<br><br>    v.<br><br>SpringworksTherapeutics, Inc.,<br><br>     Defendant. | CASE NO.: 24-cv-08468 (JPC)<br><br>**NOTICE OF APPEARANCE** |

  **NOTICE IS HEREBY GIVEN** that Alex Granovsky, of Granovsky & Sundaresh, PLLC, makes his appearance as counsel of record on behalf of the Plaintiff, Wei Chuan Wang.

Dated:  May 27, 2024

              **GRANOVSKY & SUNDARESH, PLLC**

              By: _s/ Alexander Granovsky_
              Alex Granovsky (AG-6962)
              Granovsky & Sundaresh, PLLC
              48 Wall Street, 11th Floor
              New York, New York 10005
              Tel: 646-524-6001
              Fax: 646-417-5500
              ag@g-s-law.com

              Attorneys for Plaintiff Wei Chuan Wang
              .

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, a copy of NOTICE OF APPEARANCE was served upon counsel for Defendants by CM/ECF.

Dated:    New York, New York
          May 27, 2025

                                        GRANOVSKY & SUNDARESH PLLC

                                        <u>/s/ Alex Granovsky</u>
                                        Alex Granovsky
                                        48 Wall Street, 11th Floor
                                        New York, NY 10005
                                        (646) 524-6001
                                        ag@g-s-law.com
                                        *Attorneys for Plaintiff Wei Chuan Wang*